IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICIA WILLIAMS,

                              Plaintiff,                                      ORDER

        v.                                                          13-cv-794-bbc

WI DEPT OF WORKFORCE DEVELOPMENT,

                              Defendant.

---

Plaintiff Patricia Williams has filed a proposed civil complaint.  Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether a plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has a monthly income of $773 from disability benefits, which is $9,276 annually.  She has no dependants and no assets.  Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that plaintiff Patricia Williams's complaint is taken under advisement.

As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28

U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint

is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary

relief against a defendant who is immune from such relief.  Plaintiff will be notified promptly

when such a decision has been made.  In the meantime, if plaintiff needs to communicate with

the court about this case, she should be sure to write the case number shown above on her

communication.

Entered this 20th day of November, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

2