IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICIA WILLIAMS,

                  ORDER

    Plaintiff,

                  13-cv-794-bbc

 v.

DEPARTMENT OF WORKFORCE
DEVELOPMENT,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Plaintiff Patricia Williams's motion, dkt. #34, for reconsideration of the order denying her earlier motions for leave to amend her complaint, dkts. ##25, 26, and denying her motion to compel, dkt. #27, is DENIED for plaintiff's failure to show that the order was erroneous in any respect.

  Entered this 9th day of October, 2014.

                BY THE COURT:
                /s/
                BARBARA B. CRABB
                District Judge