DOC NO
RECEIVED
2017 AUG 18 AM 10: 18
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA WILLIAMS,

Plaintiff,

-vs.-

ORDER

13-cv-794-bbc

STATE OF WISCONSIN DEPARTMENT OF WORKFORCE

DEVELOPMENT, DIVISION OF VOCATIONAL REHABILITATION, LESLIE MIRKIN, ENID GLENN, ATTORNEY HOWARD BERNSTEIN, MICHAEL GRECO, ATTORNEY SHERI POLLOCK & OSCAR

AVILES,

Defendants,

---

## NOTICE OF APPEAL & MOTION FOR AN EXTENSION OF TIME

---

Plaintiff, Patricia Williams request of this court a chance to cure a failure to serve an employees, who works at the State of Wisconsin Department of Workforce Development in this lawsuit.

And the Plaintiff won Summary Judgment in this case, the Order were approved and signed by Judge Barbara Crabb, and the same Judge Crabb rescinded her own order. Plaintiff Attorneys at Community Justice, Inc. failed to cure the problem by appealing her final Order.

(4) *Extending Time.* The court must allow a party a reasonable time to cure its failure to:

(A) serve a person required to be served under Rule 4(i)(2), if the party has served either the United States Attorney or the Attorney General of the United States; or

(B) serve the United States under Rule 4(i)(3), if the party has served the United States officer or employee.

(j) Serving a Foreign, State, or Local Government.

(1) *Foreign State.* A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. §1608.

(2) *State or Local Government.* A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:

(A) delivering a copy of the summons and of the complaint to its chief executive officer; or

(B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

     Plaintiff, Patricia Williams request of this court a chance to cure a failure to serve an employees, who works at the State of Wisconsin Department of Workforce Development in this lawsuit.

     And the Plaintiff won Summary Judgment in this case, the Order were approved and signed by Judge Barbara Crabb, and the same Judge Crabb rescinded her own order. Plaintiff Attorneys at Community Justice, Inc. failed to cure the problem by appealing her final Order.

Sincerely,

*Patricia Williams*

Patricia Williams

8/16/2017

Copy Mailed to Assistant Attorney General Katherine Spitz by USPS